**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDAN DRISCOLL, ) | |
|     Plaintiff, ) | |
|     v. ) | 2:14-cv-1935-RCJ-NJK |
| D. NEVEN et al., ) | **ORDER** |
|     Defendants. ) | |
| _____ ) | |

**I.      DISCUSSION**

On November 20, 2014, Plaintiff filed an application to proceed *in forma pauperis* and submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1, 1-1). On December 1, 2014, this Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice because it was incomplete. (ECF No. 2 at 1). Plaintiff had not submitted an inmate account statement. (*Id.*). The Court granted Plaintiff 30 days from the date of that order to file a fully complete application to proceed *in forma pauperis*. (*Id.* at 2).

On December 8, 2014, Plaintiff filed a notice to the Court and attached his inmate account statement for the past six months. (ECF No. 3). On December 30, 2014, Plaintiff filed a motion to extend time for another 30 days to submit a financial certificate and a six month accounting statement. (ECF No. 4). The Court denies Plaintiff's motion for an extension of time because Plaintiff already has filed his inmate account statement. However, if Plaintiff would like to update his application to proceed *in forma pauperis* and submit a new application, financial certificate, and inmate account statement, he may do so within 30 days of the date of this order.

///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for an extension of time (ECF No. 4) is denied as moot because Plaintiff has filed the necessary documents.

IT IS FURTHER ORDERED that Plaintiff may update his application to proceed *in forma pauperis* if he so chooses by filing a new application, financial certificate, and inmate account statement within 30 days from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

DATED: This 2nd day of January, 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge