UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDAN DRISCOLL,<br><br>       Plaintiff,<br><br>vs.<br><br>D. NEVEN et al.,<br><br>       Defendants. | 2:14-cv-01935-RCJ-NJK<br><br>**ORDER** |

This is a prisoner civil rights case. The remaining Defendants filed motions to dismiss in October 2016 and January 2017, and Plaintiff has not timely opposed the motions. The Court therefore grants them. *See* Local R. 7-2(d).

**CONCLUSION**

IT IS HEREBY ORDERED that the Motions to Dismiss (ECF Nos. 32, 35, 39) are GRANTED, and the Motion for Summary Judgment (ECF No. 45) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk shall enter judgment and close the case.

IT IS SO ORDERED.

Dated this 24th day of May, 2017.

                                              ROBERT C. JONES
                                        United States District Judge