# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

BRANDAN DRISCOLL,

    Plaintiff,

v.

D. NEVEN, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:14-cv-01935-RCJ-NJK

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**\_X\_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Motions to Dismiss (ECF Nos. 32, 35, 39) are GRANTED, and the Motion for Summary Judgment (ECF No. 45) is DENIED as moot.

May 26, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk